IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| CHARLES MATTHEW CARRINGTON, a/k/a CHARLES MATTHEW CARRINGTON JR. | Violation:  18 U.S.C. § 2250(a) |

**Failure to Register as a Sex Offender**

The Grand Jury Charges:

From on or about March 11, 2019, to on or about April 1, 2019, in the District of North Dakota,

CHARLES MATTHEW CARRINGTON,
a/k/a CHARLES MATTHEW CARRINGTON JR.,

a person required to register under the Sex Offender Registration and Notification Act ("SORNA") and a sex offender as defined for the purposes of SORNA by reason of a conviction under federal law for Sexual Abuse of a Minor, in United States District Court for the District of North Dakota, Case Number 4:05-cr-51-01, knowingly failed to register as a sex offender as required by SORNA;

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

LHC/vt